IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| KAREN JANE NELSON,<br><br>Plaintiff,<br><br>vs.<br><br>RYAN ZINKE, SECRETARY, UNITED STATES DEPARTMENT OF THE INTERIOR, and LAWRENCE LOCKARD,<br><br>Defendants. | CV 16–135–M–DWM<br><br><br>ORDER |

The remaining parties having filed a stipulation for dismissal pursuant to Rule 41(a),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE as to Defendant Lawrence Lockard, each party to pay its own costs. All pending motions are MOOT and all deadlines are VACATED.

IT IS FURTHER ORDERED that the Clerk of Court is directed to enter judgment in favor of the Department and against the plaintiff consistent with this Court's February 27, 2018 Order, (Doc. 47), and close the case.

Dated this 5th day of April, 2018.

Donald W. Molloy, District Judge
United States District Court