IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| KAREN JANE NELSON,<br><br>                       Plaintiff,<br><br>vs.<br><br>RYAN ZINKE, Secretary, United States Department of the Interior, and LAWRENCE LOCKARD,<br><br>                       Defendants. | CV 16-135-M-DWM<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**_X_**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant Department of Interior and against Plaintiff Karen Nelson pursuant to the Court's Order, Document 51, filed this date, and the Court's Opinion and Order, Document 47, filed February 27, 2018.

      Dated this 5th day of April, 2018.

                                        TYLER P. GILMAN, CLERK

                                      By: /s/ Nicole Stephens
                                      Nicole Stephens, Deputy Clerk